**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

FNU AMAN                                          CASE NO.  3:26-CV-01551 SEC P

VERSUS                                            JUDGE TERRY A. DOUGHTY

MARKWAYNE MULLIN ET AL              MAG. JUDGE KAYLA D.
                                                          MCCLUSKY

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 12], no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Fnu Aman's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 6th day of August 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1